UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MIGUEL ANGEL MEDEL LOPEZ,

    Plaintiff,

v.

CLALLAM COUNTY,

    Defendant.

CASE NO. 3:22-cv-05525-BHS-DWC

ORDER GRANTING EXTENSION OF TIME

Plaintiff Miguel Angel Medel Lopez, proceeding *pro se* and *in forma pauperis*, filed this civil rights action under 42 U.S.C. § 1983. On November 30, 2022, the Court screened Plaintiff's Complaint. Dkt. 4 (Order Declining to Serve and Granting Leave to Amend). The Court declined to serve the Complaint due to deficiencies and directed Plaintiff to file an amended complaint on or before December 30, 2022. *Id*. On December 22, 2022, Plaintiff filed a Motion requesting a 90-day extension of time to cure the deficiencies of his Complaint. Dkt. 9. Plaintiff states he needs additional time to file an amended complaint because he does not understand English well and needs assistance writing in English. *Id*. He also has a job and classes that limit his ability to visit the law library. *Id*.

ORDER GRANTING EXTENSION OF TIME - 1

After considering the relevant record, the Court grants Plaintiff's Motion (Dkt. 9) as follows: Plaintiff shall have until **March 13, 2023**, to respond to the Order to File Amended Complaint.

If Plaintiff fails to file an amended complaint or otherwise respond to the Order to File Amended Complaint by March 13, 2023, the Court will recommend dismissal of this action.

The Court also notes Plaintiff filed a pleading in Spanish. Dkt. 8. The Court will only consider pleadings filed in English. Therefore, the Spanish response (Dkt. 8) is stricken and any future pleadings filed in Spanish will not be considered. If Plaintiff seeks reconsideration of the Court's Order denying his request for a Court-appointed attorney and an interpreter, he must file a separate motion.

Dated this 12th day of January, 2023.

David W. Christel
United States Magistrate Judge